**Exhibit #1**

