Exhibit #2

## THE MATERIAL FACTS CONSTITUTING PROBABLE CAUSE THAT THE SEARCH SHOULD BE MADE ARE:

On August 13, 2020 Virginia State Police Narcotic Detector Canine "Kane," VSPN 298, was utilized to check a brown cardboard box with dimensions 12" X 10" X 8" shipped Priority Mail Express for illegal drugs. The parcel is bearing a United States Postal Service Priority Mail Express Label with Tracking Number EJ 384 449 094 US. The parcel is addressed from "Megan McClure 5392 Gooseberry Way Oceanside, CA 92057," and addressed to "K. Carter 1223 Fillmore St Apt #6 Lynchburg, VA 24051." The parcel was located at the United States Postal Service facility, 419 Rutherford Ave Roanoke, VA 24022. On August 13, 2020 at approximately 1312 hours, Narcotic Detector Canine "Kane," VSPN 298 alerted in the presence of the affiant to the odor of narcotics on the above described parcel in a blind parcel lineup. The alert was confirmed by Trooper G.W Clifton. Trooper G.W. Clifton was the handler in control of the Narcotic Detector Canine "Kane," VSPN 298 at the time of the alert. Tpr G.W. Clifton is a trained canine handler and is trained in the handling of Canine "Kane," VSPN 298, and the interpretation of the reaction of Canine "Kane," VSPN 298 to the odor of illegal drugs

## THE RELIABILITY OF THE NARCOTIC DETECTOR CANINE IS ADJUDGED BY THE FOLLOWING:

The following facts were told to me by Trooper G.W Clifton who is employed by the Virginia State Police and has been a Trooper since October 2010. Trooper G.W. Clifton has been a canine handler since April 2015. Trooper G.W Clifton advised this affiant that Narcotic Detector Canine "Kane," VSPN 298, was trained at the Virginia State Police Narcotic Detector Canine/Handler course in Richmond, Virginia and certified in 2015 and has recertified annually. On April 6th 2020, Trooper G.W Clifton and Narcotic Detector Canine "Kane," VSPN 298, certified reliable in the detection of marijuana, hashish, cocaine, heroin, methamphetamine, and ecstasy, according to the standards set forth by the Virginia State Police. Canine "Kane," VSPN 298, receives monthly in-service training and a minimum of four hours of training each week. Trooper G.W. Clifton advised this affiant that since Canine "Kane," VSPN 298, certified, he has been utilized numerous times and has alerted to the odors of marijuana and illegal narcotics while assisting in searches and the execution of search warrants for controlled substances.

Pursuant to 28 USC 1746, I declare under the penalty of perjury that the foregoing statement is true and correct to the best of my knowledge and belief.

_____
Tpr G.W. Clifton
Virginia State Police

8-13-20
Date