AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

CLERK'S OFFICE U.S. DIST. COURT AT ROANOKE, VA
FILED
August 20, 2020
JULIA C. DUDLEY, CLERK
BY: A. Seagle
DEPUTY CLERK

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 7:20mj105 | 8/19/2020 at 10:14 a.m. | On file with the USPIS |

Inventory made in the presence of :
PI McCafferty, Sgt. Gott

Inventory of the property taken and name(s) of any person(s) seized:

1. USPS PME "EJ 384 449 094 US"

2. Four (4) bundles of a green leafy substance. Total field weight: 1,012 grams

Received in Chambers
By Reliable Electronic Means
August 20, 2020
Hon. Robert S. Ballou
United States Magistrate

SPM 8/20/2020

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/20/2020

*Sean P. McCafferty*
*Executing officer's signature*

Sean P. McCafferty, Postal Inspector, USPIS
*Printed name and title*